Case Number 09-37205 - LATOCKI, ALISON ANNE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE**<br>PO BOX 21128<br>PHILADELPHIA PA 19114 | 000008A | **9.20** | **0.36** |
| ---------- Remittance Total ---------- | | 9.20 | 0.36 |

CHARLES W. RIES, Trustee